UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                      Case No. 17-CV-624

FIFTY-TWO MISCELLANEOUS
FIREARMS AND THIRTY ROUNDS OF
AMMUNITION,

        Defendants.

### ORDER TO LIFT THE STAY OF CIVIL FORFEITURE PROCEEDINGS AND FOR JUDGMENT OF FORFEITURE

This Cause having come before the Court upon the United States' motion to lift the stay in this civil forfeiture case and for entry of a judgment of forfeiture as to the defendant properties, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1.    The Order of January 3, 2018, staying these proceedings (R. 19) is lifted and vacated.

2.    The United States shall release to Claimant Joyce Schroeder the following defendant properties:

| No. | Description | Serial No. |
|---|---|---|
| 8. | Bersa Thunder 380 Pistol CAL:380 | C69109 |
| 42. | Browning Shotgun CAL:20 | 30805 |

3. All right, title, and interest in the following defendant properties are hereby forfeited to the United States of America:

| No. | Description | Serial No. |
|---|---|---|
| 1. | Cobra Enterprises Inc / Kodiak Ind FS380 Pistol CAL:380 | FS096789 |
| 2. | Ruger Police Service Six Revolver CAL:357 | 158-99424 |
| 3. | Smith & Wesson 629 Classic Revolver CAL:44 | CBU2998 629-4 |
| 4. | Colt Pistol CAL:ZZ | 98113-5103 |
| 5. | Taurus International 85 Revolver CAL:38 | JR77456 |
| 6. | Taurus International 85 Ultralite Revolver CAL:38 | JR78382 |
| 7. | Smith & Wesson Bodyguard Pistol CAL:380 | KEA0083 |
| 9. | Savage Shotgun CAL:ZZ | 21392 |
| 10. | Rifle CAL:7 | (none) |
| 11. | Shotgun CAL:ZZ | 2043 |
| 12. | Winchester 12 Shotugn CAL:12 | 1349199 |
| 13. | Winchester 94 Rifle CAL:32 | 724021 |
| 14. | Harrington and Richardson 157 Rifle CAL:22 | AZ548685 |
| 15. | Remington Arms Company Inc 7600 Rifle CAL:270 | 8046726 |
| 16. | Winchester 1894 Rifle CAL:32 | 222593 |
| 17. | Savage 99E Rifle CAL:ZZ | 1020066D |
| 18. | Remington Arms Company Inc 870 Express Shotgun CAL:12 | W784182M |
| 19. | Marlin Firearms Co 1889 Rifle CAL:44-40 | 27810 |
| 20. | Marlin Firearms Co Rifle CAL:ZZ | 362881 |
| 21. | Winchester 94 Rifle CAL:30-30 | 1693918 |
| 22. | Ruger LC9 Pistol CAL:9 | 320-71657 |
| 23. | Taurus International The Judge Revolver CAL:45/410 | CR788917 |
| 24. | Smith & Wesson SW99 Pistol CAL:40 | SAD8062 |
| 25. | Springfield Armory Geneseo IL Pistol CAL:ZZ | S3944881 |
| 26. | Harrington and Richardson Young American Revolver CAL:ZZ | 46536 |
| 27. | Marlin Firearms Co 336 Rifle CAL:ZZ | U18340 |
| 28. | Mossberg 835 Shotgun CAL:12 | UM470510 |
| 29. | Taurus International Public Def Judge Revolver CAL:45/410 | JX100587 |
| 30. | Browning A-Bolt Rifle CAL:7 | 37439MY351 |
| 31. | Savage Rifle CAL:ZZ | (none) |
| 32. | Ruger 10/22 Rifle CAL:22 | 248-50473 |
| 33. | Ruger 10/22 Rifle CAL:22 | 248-53180 |
| 34. | Winchester 94AE Rifle CAL:44 | 6494323 |
| 35. | Winchester 70 Rifle CAL:375 | G158799 |

| No. | Description | Serial No. |
|---|---|---|
| 36. | Fausto Massi Shotgun CAL:ZZ | FA01362 |
| 37. | Shotgun CAL:ZZ | (none) |
| 38. | Harrington and Richardson 1871 Inc Shotgun CAL:12 | 106835 |
| 39. | Receiver/Frame CAL:ZZ | 24023 |
| 40. | Smith & Wesson Bodyguard Pistol CAL:380 | EBS9584 |
| 41. | Smith & Wesson M&P 15 Rifle CAL:223 | 40599 |
| 43. | Remington Arms Company Inc 121 Rifle CAL:22 | 164753 |
| 44. | Remington Arms Company 700 Rifle CAL:270 | D6591429 |
| 45. | Rifle CAL:ZZ | 11978 |
| 46. | Franchi I-12 Shotgun CAL:12 | T208599R |
| 47. | Browning A-Bolt Rifle CAL:300 | 18329NN351 |
| 48. | Remington Arms Company Inc Seven Rifle CAL:17 | 7686302 |
| 49. | Shotgun CAL:ZZ | (none) |
| 50. | Remington Arms Company Inc Rifle CAL:ZZ | 231969 |
| 51. | Colt Frontier Scout Revolver CAL:22 | 221881F |
| 52. | Taurus International 44 Revolver CAL:44 | GU813817 |
| 53. | 30 Rounds Remington Ammunition CAL:223 | N/A |

4.      The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the defendant properties identified in Paragraph 3 above according to law.

5.      The Clerk shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 29th day of January, 2020.

WILLIAM E. DUFFIN
U.S. Magistrate Judge